# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** on Criminal Complaint |
| v. | |
| **JASPREET SINGH** | CASE NUMBER **25-MJ-542** |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Zoom Audio |
| Deputy Clerk: Tony Byal, Alex Vahlsing | Hearing Began: 2:21 PM |
| Hearing Held: October 27, 2025 at 2:00 PM | Hearing Ended: 2:31 PM |

**Appearances:**

UNITED STATES OF AMERICA by: Peter Smyczek
JASPREET SINGH, via video conference, and by: Julie Linnen   ☐ CJA ☒ FDS ☐ RET
U.S. PROBATION OFFICE by: Joseph Werner
INTERPRETER: ☐ None  ☒ Sworn: Vandana Jhingan

☒ Defendant consents to proceed via video
☒ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☒ Defendant advised of charges, penalties, and fines
☒ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☒ **Preliminary Hearing/Arraignment and Plea set for November 10, 2025 at 11:30 AM via Zoom**

Maximum Penalties:
Conspiracy count: 5 years imprisonment, $250,000 fine, 3 years SR, $100 SA
Wire Fraud count: 20 years imprisonment, $250,000 fine, 3 years SR, $100 SA

Government advises there is an ICE detainer lodged. If defendant is released, he will go back to ICE custody where he will await administrative immigration proceedings. Government does not oppose defendant being released as outlined in the bond study. Defense does not oppose.

Court orders defendant released on O/R Bond with conditions and sets preliminary hearing/arraignment and plea for November 10, 2025 at 11:30 AM

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.