# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | PRELIMINARY HEARING |
| v. | CASE NUMBER 25-MJ-542 |
| JASPREET SINGH | |

HONORABLE STEPHEN C. DRIES, presiding Court Reporter: Zoom Audio
Deputy Clerk: Tony Byal Hearing Began: 11:36 AM
Hearing Held: November 10, 2025 at 11:30 AM Hearing Ended: 12:53 PM

**Appearances:**
UNITED STATES OF AMERICA by: Peter Smyczek
JASPREET SINGH, via video conference, and by: Julie Linnen
U.S. PROBATION OFFICE by: Joseph Werner
INTERPRETER: ☐ None ☑ Sworn: Prem Timsina

- ☑ Defendant consents to proceed via video
- ☐ Defendant waives right to a preliminary hearing
    - ☐ *See* signed Waiver of Preliminary Hearing
    - ☐ Court accepts oral waiver
- ☐ Arraignment and Plea set for: Date/Time

11:36 AM – Case called.
11:38 AM – Defendant consents to proceed by video.
11:39 AM – **Special Agent John Modranksy** to the stand by government.
12:09 PM – Cross examination by defense.
12:50 PM – Government's statements.
12:51 PM – Court's statements. Court finds government has established probable cause that a crime was committed regarding the wire fraud charge.
12:53 PM – Hearing concluded.